```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA

                   WEST PALM BEACH DIVISION
```

LEONARD Pozner,

Plaintiff,

vs.                                    Case No. 9:18-CV-81356-DMM

CITY OF DELRAY BEACH, FLORIDA,
and RHEA-LYN GERSTENKORN,

Defendants.

_____/

## PLAINTIFF'S MOTION FOR DISMISSAL

Comes now Plaintiff, by and through undersigned Counsel; and, pursuant to Fed.R.Civ.P. 41(a)(2), moves for dismissal of this action with prejudice, with each Party to bear its/her/his respective costs and attorney fees.

### Certificate of Conference

Counsel for Mr. Pozner and Ms. Gerstenkorn have conferred, and Defendant Gerstenkorn opposes the relief sought in this Motion.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy hereof has been furnished by e-service to all attorneys on the attached Counsel List this 23rd day of May, 2019.

s/ Mark E. Tietig

Mark E. Tietig
Fla. Bar No. 105465
Tietig & Tietig, P.A.
6065 S. Tropical Trail
Merritt Island, FL 32952-9944
Attorney for Plaintiff

COUNSEL LIST


ANDREA G. AMIGO
FBN: 11026
LYMAN H. REYNOLDS, JR.
FBN: 380687
Roberts, Reynolds, Bedard & Tuzzio, PLLC
470 Columbia Drive, Bldg. C101
West Palm Beach, FL  33409
Phone: 561-688-6560/Fax: 561-688-2343
E-Service: service_LHR@rrbpa.com
Email: aamigo@rrbpa.com
Attorneys for Defendant Gerstenkorn

LYNN D. GELIN, ESQ.
Assistant City Attorney
200 N.W. 1st Ave.
Delray Beach, FL 33444
Counsel for Defendant City
PHONE: 561-243-7090
EMAIL: gelinl@mydelraybeach.com
FBN: 0523747