UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-81356-CV-MIDDLEBROOKS

LEONARD POZNER,

    Plaintiff,

v.

CITY OF DELRAY BEACH, FLORIDA, and
RHEA-LYN GERSTENKORN,

    Defendants.
_____/

## ORDER ON PLAINTIFF'S MOTION TO DISMISS

THIS CAUSE comes before the Court upon Plaintiff's Motion for Dismissal, filed on May 23, 2019. (DE 36). Through the Motion, Plaintiff seeks an order of dismissal with prejudice that directs each party to bear its own fees and costs and to return all discovery materials produced by Plaintiff during discovery. The Motion indicates that Rhea-Lyn Gerstenkorn, the sole remaining Defendant in this matter, opposes the relief requested. Defendant Gerstenkorn filed a response in opposition to the Motion, clarifying that while she does not oppose dismissal, she objects on the basis that she intends to seek an award of taxable costs under Fed. R. Civ. P. 54 and 28 U.S.C. § 1920, as well as attorney's fees under 28 U.S.C. § 1927. (DE 38).

Rule 41(a)(2) allows a plaintiff, with the approval of the court, to dismiss an action voluntarily "on terms that the court considers proper." *See* Fed. R. Civ. P. 41(a)(2). "[I]n most cases a dismissal should be granted unless the defendant will suffer clear legal prejudice, *other than the mere prospect of a subsequent lawsuit*, as a result." *McCants v. Ford Motor Co.*, 781 F.2d 855, 856–57 (11th Cir. 1986) (emphasis supplied) (citing *LeCompte v. Mr. Chip, Inc.*, 528 F.2d 601, 604 (5th Cir. 1976)).

Aside from the issue of costs and fees, it does not appear that Defendant Gerstenkorn stands to suffer legal prejudice from dismissal with prejudice at this juncture. Accordingly, I will grant Plaintiff's Motion in part and retain jurisdiction for the purpose of adjudicating Defendant Gerstenkorn's entitlement to fees and costs. While preliminary analysis suggests that such entitlement is unlikely, Defendant Gerstenkorn shall be permitted to promptly move for the relief she seeks.

Accordingly, it is

**ORDERED and ADJUDGED** that:

(1) Plaintiff's Motion for Dismissal (DE 36) is **GRANTED IN PART**.

(2) The above-styled action is **DISMISSED WITH PREJUDICE**.

(3) This Court reserves jurisdiction to adjudicate Defendant Gerstenkorn's entitlement to fees and costs. Jurisdiction will be reserved for a period of six months.

(4) Defendants are **DIRECTED** to return the materials produced by Plaintiff in the course of discovery. To the extent that public records laws prevent Defendants from returning Plaintiff's discovery materials, Defendants are directed to **REDACT** Plaintiff's address from all responses to public records requests.

(5) The Clerk of Court shall **CLOSE this CASE** and **DENY** all pending motions **AS MOOT**.

**SIGNED** in Chambers at West Palm Beach, Florida, this 27 day of May, 2019.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

c:   Counsel of Record

2