18-714/aga/jsg

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO.: 9:18-CV-81356-DMM**

LEONARD POZNER,

        Plaintiff,

v.

CITY OF DELRAY BEACH and
RHEA-LYN GERSTENKORN,

        Defendants.
_____/

**DEFENDANT'S MEMORANDUM OF LAW IN SUPPORT OF BILL OF COSTS**

    COMES NOW, Defendant, Rhea-Lyn Gerstenkorn, by and through her undersigned counsel, hereby moves for entry of an order awarding costs against Plaintiff. As a prevailing party, Defendant is entitled to recover costs pursuant to Fed. R. Civ. P. 54(d)(1), S.D. Fla. L.R. 7.3, and 28 U.S.C. § 1920. In support thereof, Defendant states as follows:

    1.    On October 10, 2018, Plaintiff filed his Complaint against Defendants City of Delray Beach and Rhea-Lyn Gerstenkorn. *See* D.E. 1. Defendant City of Delray Beach incurred taxable costs on behalf of Defendant Gerstenkorn's defense against Plaintiff's claims.

    2.    Following the deposition of Defendant, Rhea-Lyn Gerstenkorn, Plaintiff moved to dismiss the entire action with prejudice on May 23, 2019. *See* D.E. 36. On May 29, 2019, this Court entered an Order dismissing this action with prejudice and reserving jurisdiction on Defendant's entitlement to fees and costs. *See* D.E. 41.

    3.    Accordingly, Defendant is a prevailing party entitled to recover an award of costs incurred in this action pursuant to Rule 54(d)(1), *Fed. R. Civ. P.*, which states in pertinent part that

"costs other than attorneys' fees shall be allowed as of course to the prevailing party unless the court otherwise directs…" Here, there is no question that this Court dismissed Plaintiff's action with prejudice which would make Defendant a prevailing party.

4. Taxation of costs to the prevailing party is governed by 28 U.S.C. § 1920 which provides the exclusive items of costs that are eligible for recovery. Defendant seeks the recovery of the costs incurred in this action which specifically qualify under the categories enumerated in the statute. Specifically, Defendant seeks the recovery of fees for service of summons for the two witnesses Plaintiff listed in his initial disclosures as having knowledge of his damages (Veronique de la Rosa and Iliana Torres), fees for printed or electronically recorded transcripts of Plaintiff and Ms. De la Rosa necessarily obtained for use in this case, and fees for printing.

5. Defendant incurred taxable costs of $1,226.70. The required Bill of Costs listing the specific costs incurred along with the documentation is attached hereto as "Composite Exhibit A".

6. Pursuant to S.D. Local Rule 7.3(c), the undersigned has conferred with Plaintiff's counsel regarding the Bill of Costs and certifies that the Plaintiff has agreed to pay $1,000.00 to the City of Delray Beach to resolve the Bill of Costs. The parties will submit a proposed Agreed Order to this Court for consideration and execution.

WHEREFORE, Defendant, Rhea-Lyn Gerstenkorn, respectfully requests that this Honorable Court enter an order awarding taxable costs of $1,000.00 against Plaintiff to be paid to the City of Delray Beach within thirty (30) days of the date of this Court's Order and awarding any further relief this Court deems just and proper.

Respectfully submitted,

/s/Andrea G. Amigo
ANDREA G. AMIGO
FBN: 11026
LYMAN H. REYNOLDS, JR.
FBN: 380687
Roberts, Reynolds, Bedard & Tuzzio, PLLC
470 Columbia Drive, Bldg. C101
West Palm Beach, FL  33409
Phone: 561-688-6560/Fax: 561-688-2343
E-Service: service_LHR@rrbpa.com
Email: aamigo@rrbpa.com
Attorneys for Defendant Gerstenkorn

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy hereof has been furnished by e-service to all parties on the attached Counsel List this 17th day of June, 2019.

**ROBERTS, REYNOLDS, BEDARD & TUZZIO, PLLC**
470 Columbia Drive, Bldg. C101
West Palm Beach, FL  33409
Phone: 561-688-6560/Fax: 561-688-2343
E-Service: service_LHR@rrbpa.com
Email: aamigo@rrbpa.com
Attorneys for Defendant Gerstenkorn

/s/Andrea G. Amigo
ANDREA G. AMIGO
Florida Bar No: 11026
LYMAN H. REYNOLDS, JR.
Florida Bar No: 380687

STYLE:             POZNER v. CITY OF DELRAY BEACH, ET AL.
CASE NO.:          9:18-CV-81356-CMM
OUR FILE NO.:      18-714

## COUNSEL LIST

MARK E. TIETIG, ESQ.
Tietig & Tietig, P.A.
6065 South Tropical Trail
Merritt Island, FL 32952
Counsel for Plaintiff
PHONE: 321-452-9944
FAX:  321-452-6960
EMAIL: mt@tietig.com
FBN: 105465

LAWONDA R. WARREN, ESQ.
Assistant City Attorney
200 N.W. 1st Ave.
Delray Beach, FL 33444
Counsel for Defendant City
PHONE: 561-243-7823
EMAIL: WarrenL@mydelraybeach.com
FBN: 71076

ANDREA G. AMIGO, ESQ.
LYMAN H. REYNOLDS, JR., ESQ.
Roberts, Reynolds, Bedard, & Tuzzio, PLLC
470 Columbia Dr., Bldg C-101
West Palm Beach, FL 33409
Counsel for Gerstenkorn
PHONE: 561-688-6560
FAX: 561-688-2343
SERVICE: service_LHR@rrbpa.com
EMAIL: aamigo@rrbpa.com
FBN: 11026 / 380687