AO 133   (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida



| | | |
|---|---|---|
| LEONARD POZNER | ) | |
| | ) | |
| v. | ) | Case No.: 9:18-CV-81356-DMM |
| CITY OF DELRAY BEACH, RHEA-LYN GERSTENKORN | ) ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on __05/29/2019__ against __PLAINTIFF__ ,
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk .................................................................... | $ |
| Fees for service of summons and subpoena ................................ | 98.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | 1,086.20 |
| Fees and disbursements for printing ........................................... | 42.50 |
| Fees for witnesses *(itemize on page two)* .................................... | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case ........................................... | |
| Docket fees under 28 U.S.C. 1923 .............................................. | |
| Costs as shown on Mandate of Court of Appeals ........................ | |
| Compensation of court-appointed experts ................................... | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs *(please itemize)* ....................................................... | |
| TOTAL | $ 1,226.70 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

[✓] Electronic service      [ ] First class mail, postage prepaid

[ ] Other:

s/ Attorney: _____

Name of Attorney: ANDREA G. AMIGO, ESQ.

For: __Defendant, Rhea-Lyn Gerstenkorn__      Date: 6/17/19
*Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

*Clerk of Court*      *Deputy Clerk*      *Date*

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

### NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."

"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 693384 | 5/22/2019 | 559316 |
| Job Date | Case No. | |
| 5/7/2019 | 9:18-CV-81356-DMM | |
| Case Name | | |
| Leonard Pozner vs. City of Delray Beach and Rhea-Lyn Gerstenkorn | | |
| Payment Terms | | |
| Net 30 / After 30 days, 1.5% Mo. | | |

Andrea Amigo, Esquire
Roberts, Reynolds, Bedard & Tuzzio, PA
470 Columbia Drive
Suite 101-C
West Palm Beach, FL 33409

Iliana Torres, LMHC
  Local Routine Process Service                                                                 39.00

                                                              TOTAL DUE >>>     $39.00

Thank you for your business!

To pay online visit www.orangelegal.com/payments

Pay via EFT: Seacoast National Bank
Account Number: ▇▇▇    Routing Number: ▇▇▇

Payment not contingent on client reimbursement. If turned over to collections, jurisdiction will be Orange County, Florida, and you agree to pay all collection costs and attorney fees.

Tax ID: 59-2754282

*Please detach bottom portion and return with payment.*

Andrea Amigo, Esquire
Roberts, Reynolds, Bedard & Tuzzio, PA
470 Columbia Drive
Suite 101-C
West Palm Beach, FL 33409

Job No.      : 559316           BU ID     : Central FL
Case No.     : 9:18-CV-81356-DMM
Case Name    : Leonard Pozner vs. City of Delray Beach and
               Rhea-Lyn Gerstenkorn
Invoice No.  : 693384           Invoice Date  : 5/22/2019
Total Due    : $39.00

Remit To: Orange Legal, Inc.    1-800-275-7991
          633 East Colonial Drive
          Orlando, FL 32803

**PAYMENT WITH CREDIT CARD**
Cardholder's Name:
Card Number:
Exp. Date:              Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 692461 | 5/16/2019 | 559312 |

| Job Date | Case No. |
|---|---|
| 5/7/2019 | 9:18-CV-81356-DMM |

| Case Name |
|---|
| Leonard Pozner vs. City of Delray Beach and Rhea-Lyn Gerstenkorn |

| Payment Terms |
|---|
| Net 30 / After 30 days, 1.5% Mo. |

Andrea Amigo, Esquire
Roberts, Reynolds, Bedard & Tuzzio, PA
470 Columbia Drive
Suite 101-C
West Palm Beach, FL  33409

Veronique De La Rosa
    Statewide Routine Process Service      59.00

TOTAL DUE >>>  $59.00

Thank you for your business!

To pay online visit www.orangelegal.com/payments

Pay via EFT: Seacoast National Bank
Account Number: ▮▮▮▮  Routing Number: ▮▮▮▮

Payment not contingent on client reimbursement. If turned over to collections, jurisdiction will be Orange County, Florida, and you agree to pay all collection costs and attorney fees.

Tax ID: 59-2754282

*Please detach bottom portion and return with payment.*

Andrea Amigo, Esquire
Roberts, Reynolds, Bedard & Tuzzio, PA
470 Columbia Drive
Suite 101-C
West Palm Beach, FL  33409

| | | | |
|---|---|---|---|
| Job No. | : 559312 | BU ID | : Central FL |
| Case No. | : 9:18-CV-81356-DMM | | |
| Case Name | : Leonard Pozner vs. City of Delray Beach and Rhea-Lyn Gerstenkorn | | |
| Invoice No. | : 692461 | Invoice Date | : 5/16/2019 |
| Total Due | : $59.00 | | |

Remit To: Orange Legal, Inc.    1-800-275-7991
          633 East Colonial Drive
          Orlando, FL  32803

**PAYMENT WITH CREDIT CARD**   AMEX  MC  VISA

Cardholder's Name:
Card Number:
Exp. Date:          Phone#:
Billing Address:
Zip:          Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

# INVOICE

Florida Court Reporting
2161 Palm Beach Lakes Blvd.
Suite 302
West Palm Beach FL 33409
Phone: 561-689-0999  Fax:

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 178685 | 4/29/2019 | 130230 |
| Job Date | Case No. | |
| 4/19/2019 | 9:18-CV-81356-DMM | |
| Case Name | | |
| LEONARD POZNER vs DELRAY BEACH & RHEA-LYN GERSTENKORN | | |
| Payment Terms | | |
| Due upon receipt | | |

Andrea Amigo, Esq.
Roberts, Reynolds, Bedard & Tuzzio
470 Columbia Drive
Building C-101
West Palm Beach FL 33409

Original & one certified copy of:

| | | | | |
|---|---|---|---|---|
| Leonard Pozner | 151.00 Pages | @ | 4.20 | 634.20 |
| Vero Beach attendance fee | | | 165.00 | 165.00 |
| Each additional hour | 3.25 Hours | @ | 40.00 | 130.00 |
| Photocopies - Black and white | 19.00 | @ | 0.50 | 9.50 |
| Delivery charge | | | 10.00 | 10.00 |

**TOTAL DUE >>>   $948.70**

We appreciate your business!

Past due balance in excess of 30 days shall bear interest at the maximum rate allowable by law. Client agrees to pay all costs of collection, including attorney's fees.

**Tax ID:** 65-0466508

Phone: 561-688-6560   Fax: 561-688-2343

*Please detach bottom portion and return with payment.*

Andrea Amigo, Esq.
Roberts, Reynolds, Bedard & Tuzzio
470 Columbia Drive
Building C-101
West Palm Beach FL 33409

| | | | |
|---|---|---|---|
| Job No. | : 130230 | BU ID | : WPB |
| Case No. | : 9:18-CV-81356-DMM | | |
| Case Name | : LEONARD POZNER vs DELRAY BEACH & RHEA-LYN GERSTENKORN | | |
| Invoice No. | : 178685 | Invoice Date | : 4/29/2019 |
| **Total Due** | **: $948.70** | | |

Remit To:  **Florida Court Reporting
2161 Palm Beach Lakes Blvd.
Suite 302
West Palm Beach FL 33409**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                      Phone#:
Billing Address:
Zip:                     Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 693097 | 5/24/2019 | 559657 |
| Job Date | Case No. | |
| 5/20/2019 | 9:18-CV-81356-DMM | |

| Case Name |
|---|
| Leonard Pozner vs. City of Delray Beach and Rhea-Lyn Gerstenkorn |

| Payment Terms |
|---|
| Net 30 / After 30 days, 1.5% Mo. |

Andrea Amigo, Esquire
Roberts, Reynolds, Bedard & Tuzzio, PA
470 Columbia Drive
Suite 101-C
West Palm Beach, FL  33409

| | | |
|---|---|---|
| Veronique De La Rosa | | |
| Appearance Fee - First hour, deferred | | 100.00 |
| Appearance Fee - each additional hour, deferred | 0.50 | 37.50 |
| Room Charge - Per Hour | | 0.00 |
| Estimated # of Pages | 59.00 | 0.00 |
| **TOTAL DUE >>>** | | **$137.50** |

Thank you for your business!

To pay online visit www.orangelegal.com/payments

Pay via EFT:  Seacoast National Bank
Account Number: 81000022     Routing Number: 067005158

Payment not contingent on client reimbursement. If turned over to collections, jurisdiction will be Orange County, Florida, and you agree to pay all collection costs and attorney fees.

**Tax ID:** 59-2754282

*Please detach bottom portion and return with payment.*

Andrea Amigo, Esquire
Roberts, Reynolds, Bedard & Tuzzio, PA
470 Columbia Drive
Suite 101-C
West Palm Beach, FL  33409

Job No.      : 559657              BU ID       : Central FL
Case No.     : 9:18-CV-81356-DMM
Case Name    : Leonard Pozner vs. City of Delray Beach and
               Rhea-Lyn Gerstenkorn
Invoice No.  : 693097              Invoice Date : 5/24/2019
**Total Due** : **$ 137.50**

| PAYMENT WITH CREDIT CARD | AMEX MasterCard VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

Remit To:  **Orange Legal, Inc.**      **1-800-275-7991**
           **633 East Colonial Drive**
           **Orlando, FL  32803**

Roberts, Reynolds, Bedard & Tuzzio, PLLC  
Run: 5/23/2019 1:17:48 PM

# Matter Ledger Report
1/1/1970 to 5/23/2019

Page 1  
File: MLDGR

| | Code | Name | | | | Init Atty | AGA | Andrea G. Amigo |
|---|---|---|---|---|---|---|---|---|
| Client | DELRAY | City of Delray Beach | | | | Bill Atty | AGA | Andrea G. Amigo |
| Matter | 18714 | Pozner v. Delray Beach & Gerstenkorn | | | | Resp Atty | AGA | Andrea G. Amigo |

### Unbilled Expenses

| Code | Description | Date | Ck # | Ck Date | $ Value | Ref # | Text |
|---|---|---|---|---|---|---|---|
| E102 | Outside Printing | 05/02/19 | 84680 | 5/2/2019 | 12.50 | 1E02617 | Public records request. |
| ■ | ■ | ■ | ■ | | ■ | ■ | ■ |
| E102 | Outside Printing | 05/17/19 | 84890 | 5/17/2019 | 30.00 | 1E43450 | Public records request. |
| E113 | Subpoena Fees | 05/21/19 | 84933 | 5/21/2019 | 59.00 | 1E51727 | #692461 Veronique La Rosa re: Pozner |
| E113 | Subpoena Fees | 05/23/19 | 84955 | 5/23/2019 | 39.00 | 1E57753 | #693384 Iliana Torres re: Pozner |

Advanced  
Non-Cash  
Total

### Billed Expenses

| Code | Description | Date | Check # | Ck. Date | $ Value | Ref # | Text |
|---|---|---|---|---|---|---|---|
| ■ | ■ | ■ | ■ | | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | | ■ | ■ | ■ |
| ■ | | | | | ■ | | |