UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:18-CV-81356-DMM

LEONARD POZNER,

       Plaintiff,

v.

CITY OF DELRAY BEACH and
RHEA-LYN GERSTENKORN,

       Defendants.
_____/

## AGREED ORDER ON DEFENDANT'S BILL OF COSTS

This matter came before this Court on Defendant Rhea-Lyn Gerstenkorn's Bill of Costs. This Court having been advised that the Plaintiff agrees to the entry of this Order and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that, pursuant to Rule 54, *Fed. R. Civ. P.*, and 28 U.S.C. § 1920, Plaintiff shall pay One Thousand Dollars and Zero Cents ($1,000.00) to the City of Delray Beach in satisfaction of the taxable costs in this matter within thirty (30) days of the entry of this Court's Order.

SIGNED in Chambers at West Palm Beach, Florida, this ___ day of June, 2019.

                                                  DONALD M. MIDDLEBROOKS
                                                  UNITED STATES DISTRICT JUDGE

cc:    Mark E. Tietig, Esq., Tietig & Tietig, P.A., 6065 South Tropical Trail, Merritt Island, FL 32952, email: mt@tietig.com
       Lawonda R. Warren, Esq., Assistant City Attorney, 200 N.W. 1st Ave., Delray Beach, FL 33444, email: WarrenL@mydelraybeach.com
       Andrea G. Amigo, Esq., Roberts, Reynolds, Bedard, & Tuzzio, PLLC, 470 Columbia Dr., Bldg C-101, West Palm Beach, FL 33409, email: service_LHR@rrbpa.com